ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 08 2010

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

LODGED

DEC 06 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
LORI K. AQUINO    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
e-mail: aikeda@unioncounsel.net

Attorneys for Plaintiffs **TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, etc.,<br><br>    Plaintiffs,<br><br>vs.<br><br>TAUFATOFUA MASONRY, LLC, and SIONE TAUFATOFUA,<br><br>    Defendants. | CIVIL NO. 10-00378 SOM BMK<br><br>FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TAUFATOFUA MASONRY, LLC and SIONE TAUFATOFUA<br><br>Hearing Date: November 22, 2010<br>Time:         2:00 p.m.<br>Magistrate Judge: Barry M. Kurren |

(118444)Findings Of Fact And Recommendation For Disposition-
12.2.10

1

FINDINGS OF FACT AND RECOMMENDATION
FOR DISPOSITION RE: PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS
<u>TAUFATOFUA MASONRY, LLC AND SIONE TAUFATOFUA</u>

Plaintiffs HAWAII LABORERS' TRUST FUNDS' ("Plaintiffs" or "Trust Funds") Motion For Entry Of Default Judgment Against Defendant TAUFATOFUA MASONRY, LLC ("Defendant TM"), and SIONE TAUFATOFUA ("Defendant TAUFATOFUA"), collectively "Defendants", having come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge on November 22, 2010, at 2:00 p.m., with Ashley K. Ikeda, Esq. appearing for Plaintiffs, no one appearing on behalf of Defendants; and the Court having read the memoranda, declarations, affidavits and exhibits in support and in opposition thereto, having considered the evidence presented, and having heard oral argument, and being fully advised in the premises and good cause appearing therefore, it is RECOMMENDED that Plaintiffs' Motion for Entry of Default Judgment Against Defendants be GRANTED.

The Court bases its recommendation upon the following findings:

<u>FINDINGS OF FACT</u>

1. Defendant TM is a registered Hawaii domestic limited liability company doing business at 4868 Laipo Road, Kapaa, Hawaii 96746, with License No. C-20627, and is registered to do business in the State of Hawaii, and

Defendant TAUFATOFUA is the sole member and owner of Defendant TM and in charge of the day to day operations of Defendant TM, including the decisions pertaining to the payment of contributions to Plaintiffs.

  2. Defendants entered into a collective bargaining agreement with the Laborers' International Union of North America, Local 368, AFL-CIO ("Union") on April 6, 2009, which was acknowledged by the Certification of Receipt and Acceptance, which agreement by its terms incorporated the Master Agreement Covering Construction Laborers in the State of Hawaii ("CBA"); copies of both documents were attached to the Complaint filed herein.

  3. Defendant TAUFATOFUA is the sole owner and member of Defendant TM, and that during the period of the CBA, made all of the final decisions for the corporation including a determination of whether to pay the amounts owed to Plaintiffs under the CBA.

  4. Under the CBA, Defendants promised to contribute and pay employee benefit contributions once per month to Plaintiffs for each hour of work performed by Defendants' employees for work covered by the CBA, which contributions are to be paid to Plaintiffs on or before the 20th day of each month for hours worked the prior month.

5. Under the CBA, Defendants agreed that in the event monthly trust fund contributions were not paid when due, Defendants would pay the sum of $20.00 or 20%, whichever was greater, of the amount of the trust contributions owed to each of the Trust Funds for each delinquency, as and for liquidated damages and not as penalty.

6. Under the CBA, Defendants agreed to submit its monthly payroll reports and to provide Plaintiffs with all the information necessary to carry out the purposes of the various trust funds, and to pay interest at the rate of 12% per annum on unpaid balances owed.

7. For the period from April 2009 to September 20, 2010, Defendants reported and did not pay, or under-reported hours worked by employees who were covered by the CBA which resulted in unpaid contributions of ELEVEN THOUSAND EIGHTY-THREE AND 72/100 DOLLARS ($11,083.72) and liquidated damages of FOUR THOUSAND ONE HUNDRED FORTY-ONE AND 19/100 DOLLARS ($4,141.19); which delinquency was determined by monthly payroll report transmittals submitted by Defendants to the Trust Funds' administrator's office and partial audits conducted as noted in the *Declaration of Tracy Masuda*, which Declaration was filed herein on October 12, 2010.

8. The interest on the total amount owed is SEVEN HUNDRED FIFTY-SIX AND 73/100 DOLLARS ($756.73) which was accumulated through September 20, 2010 and continues at $3.64 per diem thereafter.

9. The Defendants were served with a copy of the Complaint; Summons in this case on July 19, 2010, as noted in the Returns of Service filed herein on July 22, 2010.

10. Due to Defendants' failure to file answers or respond to the Complaint, a *Request For Entry of Default* was filed herein on August 12, 2010 and Default was entered by the Court on that date.

11. Plaintiffs then filed its *Motion For Entry Of Default Judgment Against Defendants*, on October 12, 2010, which was heard on November 22, 2010.

12. At this time, the total amount owing by Defendants through September 20, 2010 which does not include attorney's fees and costs is FIFTEEN THOUSAND NINE HUNDRED EIGHTY-ONE AND 64/100 DOLLARS ($15,981.64).

13. Plaintiffs are entitled to reasonable attorney's fees and costs pursuant to Section 14.9, p. 20-21 of the CBA and pursuant to the Employees

Retirement Income Security Act, 29 U.S.C. Section 1132 (g)(2), and as supported by the Declaration of Counsel submitted concurrently herewith in the amount of FIVE THOUSAND ONE HUNDRED TWENTY-ONE AND 96/100 DOLLARS ($5,121.96).

## RECOMMENDATION

Pursuant to the foregoing findings of fact, it is RECOMMENDED that:

    A.    Plaintiffs' Motion for Entry of Default Judgment be GRANTED and that judgment be entered against Defendants, jointly and severally, for the sum of contributions, liquidated damages and interest (to September 20, 2010) of FIFTEEN THOUSAND NINE HUNDRED EIGHTY-ONE AND 64/100 DOLLARS ($15,981.64).

    B.    Plaintiffs be awarded the amount of FIVE THOUSAND ONE HUNDRED TWENTY-ONE AND 96/100 DOLLARS ($5,121.96) for reasonable attorney's fees and costs.

    C.    That Judgment be entered against Defendants TAUFATOFUA MASONRY, LLC, and SIONE TAUFATOFUA, jointly and severally, in the total amount of TWENTY-ONE THOUSAND ONE HUNDRED THREE AND 60/100

DOLLARS ($21,103.60), plus per diem at $3.64 interest from September 20, 2010 until Judgment is entered herein, then on the Judgment until paid in full.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, _____12-7-2010_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

HAWAII LABORERS' TRUST FUNDS, Etc., et al., Plaintiffs, vs. TAUFATOFUA MASONRY, et al., U.S.D.C., D. Hawaii, Civil No. 10-00378 SOM BMK; FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TAUFATOFUA MASONRY, LLC, and SIONE TAUFATOFUA