IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII LABORERS' TRUST FUNDS; ET AL., | ) ) ) | CV 10-00378 SOM-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TAUFATOFUA MASONRY, LLC; SIONE TAUFATOFUA , | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 8, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 28, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge